**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Ralph E. CHALLANS,**
**Defendant/Appellant.**

**No. ED 87675.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 22, 2007.

Margaret M. Johnson, Columbia, MO, for Defendant/Appellant.

Jeremiah W. (Jay) Nixon Atty. Gen., Jayne T. Woods Asst. Atty. Gen., Jefferson City, MO, for Plaintiff/Respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Ralph E. Challans appeals from the trial court's judgment entered upon a jury verdict finding him guilty of three counts of first-degree sodomy and one count of first-degree sexual abuse. We have reviewed the briefs of the parties and the record on appeal and find no abuse of discretion. *State v. Nelson*, 178 S.W.3d 638, 642 (Mo. App. E.D.2005). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).